AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

Southern DISTRICT OF Ohio

UNITED STATES OF AMERICA

V.

Deshaune K. Stewart

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:17-mj-780

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 23, 2017 in Franklin county, in the Southern District of Ohio defendants(s) did, (Track Statutory Language of Offense) knowingly kill or attempt to kill an employee of the United States Government while such employee is engaged in or on account of the performance of their official duties.

in violation of Title 18 United States Code, Section(s) 1114.

I further state that I am a(n) U.S. Postal Inspector and that this complaint is based on the following facts:
Official Title

See Attached Criminal Complaint Affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 24, 2017 at Newark, OH
Date                                                  City of State

Elizabeth Preston Deavers, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT OF DESHAUNE K. STEWART

I, Daniel J. Johnson, Postal Inspector, being duly sworn, depose and state as follows:

1. I have been a U.S. Postal Inspector for the past 9 years, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at the U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local police units. I have received training for workplace violence and violent crime investigations. I have investigated cases involving violence to include assaults, armed robberies, and threats.

2. On December 23, 2017, at approximately 4:25AM Dublin, Ohio Police were dispatched via a 911 call to the Dublin, Ohio Post Office located at 6400 Emerald Parkway, Dublin, Ohio 43016 on reports of an active shooter. The location is Franklin County within the Southern District of Ohio.

3. Officers found a male subject deceased from two gunshot wounds upon arrival.

4. One witness stated that they saw "Shawne Stewart", an individual identified by law enforcement as Deshaune K. Stewart, herein referred to as STEWART, a United States Postal Service Employee stationed at Dublin Ohio Post Office. The witness stated that STEWART was completely nude inside the post office. The witness then heard a bang before running out of the building towards safety.

5. A second witness saw STEWART from a distance of about 12 feet. He witnessed STEWART who was completely nude at the time point a gun at the now deceased subject and fire a shot that struck him. This witness then fled the scene to safety.

6. A third witness heard a gunshot and saw coworkers running toward the door to exit the building. This witness held the door open to see if anyone else was coming out and observed STEWART walking towards the doors completely nude and realized that STEWART was the shooter, fleeing the scene.

7. All three witnesses were able to identify STEWART because they were coworkers and also United States Postal Service Employees stationed at the Dublin Ohio Post Office.

8. At approximately 7:18 AM Columbus Police officers responded to 5591 Bowland Place North, Dublin, Ohio 43016, located in the City of Columbus, Franklin County, Ohio within

The Southern District of Ohio. Officers arrived to find DESHAUNE K. STEWART completely nude, in the vicinity of a second deceased subject. Stewart had a handgun in his possession at the time of the arrest. Victim two was not shot, however, she suffered trauma to her head from impact.

9. Both victims were United States Postal Service Employees. Victim one was a Customer Services Supervisor with direct supervision responsibilities of STEWART and engaged in the performance of his official duties as an employee of the United States Government. Victim two was the Postmaster of Dublin Ohio and a United States Government employee killed on account of her duties.

10. STEWART was interviewed at Columbus Police Headquarters at approximately 12:21 PM. He made statements referring to victim two that she would stand behind him while sorting his mail and "get into your mind." STEWART also made comments related to work and postal management that they had been harassing him since day one. STEWART said in reference to victim one that he "shot him and he fell to the ground" then shot him a second time in the head. After shooting victim one he went to the office of victim two, also located in the post office, and forced the door open looking for her.

11. After STEWART left the post office he went to the home of victim two where he waited in his vehicle until she exited the apartment building. STEWART stated that victim two was running away from him, fell into the doorway, and he pulled her back out taking her jewelry that had a stone. After he took the stone, she was on the ground between two cars and he knew "she died for real." At another point in the interview he said that he hit her with his left hand.

12. Based on the information contained herein, your affiant maintains there is probable cause to believe that the DESHAUNE K. STEWART, in violation of Title 18, United States Code, Sections 1114, committed the act of Murder, knowingly killing employees of the United States Government while such employees were engaged in or on account of the performance of their official duties and seek the issuance of a warrant to arrest STEWART.

Daniel J. Johnson
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this 24th day of December 2017, in Columbus, Ohio.

Elizabeth Preston Deavers
United States Magistrate Judge

2